Cause No. PD-0802-15

Granted 60 days
J Sg Barthelt

| | | |
|---|---|---|
| ANOTHONY MANGIAFICO | § | IN THE COURT OF |
| VS. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW Anthony Mangiafico, Pro-se petitioner, and files this his Motion for an Extension of Sixty (60) days in which to file a Petition for Discretionary Review. In support of this Motion Petitioner shows the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

I.

The petitioner was convicted in the 194TH District Court of Dallas County, Texas. of the offense of Capital Murder in Cause No. F12-28019, styled The State of Texas v. Anthony Mangiafico, The Petitioner appealed to the Court of Appeals 5TH Supreme Judicial District, the case was Affirmed in a Memorandum Opinion on May 17, 2015.

II.

The present deadline for filing Petition for Discretionary Review August 17, 2015. the Honorable Jeffery P. Buchwald notified the petitioner on July 17, 2015. by way of via U.S. mail that his conviction had been affirmed by the 5th Court of Appeals and enclosed a copy of the Court of Appeals decision, and also notified the petitioner that counsel had filed for an extension of time and that the due date was August 17, 2015.

1

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in Affirming his case until July 17, 2015, thrity (30) days after the Memorandum Opinion was issued at which time appellate counsel also filed for an extension of time in which to file a Petition for Discretionary Review, which was granted by this Honorable Court. Since that time the Petitioner has been attempting to gain legal representation in this matter, Petitioner's appellate counsel further notified petitioner that his right to counsel on appeal, ends with the conclusion of the direct appeal. Therefore, he would no longer continue to represent the petitioner.

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays that this Honorable Court will extend the deadline for filing the Petition for Discretionary Review in Cause No, __05-13-01490-CR__, to the Requested Sixty (60) days or a reasonable time set by the Court.

Respectfully submitted,

Anthony Mangiafico, #1878633
Polunsky unity
3872 FM 350 South
Livingston, Texas. —77351—

2

## Unsworn Declaration

I, *Anthony Mangiafico* , TDCJ# <u>1878633,</u> Being presently incarcerated at the Polunsky unit TDCJ, at Livingston, Texas. -77351- Declare under penalty of perjury that the forgoing Motion for an Extension of Time to file Petition for Discretionary Review is true and correct and in no way meant to delat justice, However, petitioner was not made aware that the Court of Appeals Affirmed his conviction **'until' 30-days after** the Court issued the Memorandum Opinion May 18, 2015.

**Executed on this 6th day of August, 2015.**

Respectfully submitted,

Anthony Mangiafico, #1878633
Polunsky unit
3872 FM 350 South
Livingston, Texas. -77351-

3

## Certificate of Service

I, *Anthony Mangiafico* , certify that a true and correct copy of the Petitioner's Motion for Extension of Time to file Petition for Discretionary Review, has been forward by via U.S. mail postage prepaid, first class to:

**Clerk of the Court**
**Texas Court of Criminal Appeals**
**P.O. Box ~~12305~~ 12308**
**Austin, Texas. -78711-**

Respectfully submitted,

Anthony Mangiafico, #1878633
Polunsky unit
3872 FM 350 South
Livingston, Texas. -77351-